AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U S C app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Meara, John Corbett | Eastern District of MI | 06/25/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Sr. Status U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>200 E. Liberty Street<br>Ann Arbor, MI 48104 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -1 A 10: 45 FINANCIAL DISCLOSURE OFFICE

O'Meara, John Corbett

| Name of Person Reporting | | Date of Report |
|---|---|---|
| O'Meara, John Corbett | - | 06/25/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Private Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. MERRILL LYNCH ACCOUNT | A | Interest | | | Transferred (to line 3) | 6/8 | | | |
| 3. CHASE DEBIT ACCOUNT (CASH) | A | Interest | L | T | Transferred (from line 2) | 6/8 | L | | Non-private |
| 4. CHASE SAVINGS ACCOUNT | A | Interest | K | T | Transferred (from line 2) | 6/8 | K | | Non-private |
| 5. SCHWAB SAVINGS ACCOUNT (CASH) | A | Interest | L | T | Transferred (from line 2) | 6/8 | L | | Non-private |
| 6. ALTRIA GROUP INC (X) | C | Dividend | PI | T | | | | | |
| 7. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 8. AMERIPRISE FINL INC | A | Dividend | L | T | | | | | |
| 9. ARTISAN INTL | A | Dividend | L | T | Buy | 6/8 | L | | Non-private |
| 10. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 11. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | E | Interest | O | T | | | | | |
| 12. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 13. KRAFT FOODS INC VA CLA | A | Dividend | K | T | | | | | |
| 14. LEHMAN BROTHERS HLDGS COM | A | Dividend | | | Sold | 6/08 | L | A | Non-private |
| 15. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 16. MICH MUN BD AUTH REV | A | Dividend | K | T | | | | | |
| 17. OMAHA NEB | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OREGON ST | A | Dividend | K | T | | | | | |
| 19. PAYCHEX INC. | A | Dividend | K | T | | | | | |
| 20. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 21. RICHARDSON TEX | A | Dividend | K | T | | | | | |
| 22. THORNBURG INTERNATIONAL VALUE FD A | A | Dividend | | | Sold | 6/8 | L | A | Non-Private |
| 23. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 24. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 25. WELLPOINT INC. | A | Dividend | K | T | | | | | |
| 26. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 27. WESTCHESTER CNTY | A | Dividend | K | T | | | | | |
| 28. 3M COMPANY | A | Dividend | K | T | Buy | 6/8 | K | | Non-Private |
| 29. PHILIP MORRIS | A | Dividend | L | T | Buy | 6/8 | L | | Non-Private |
| 30. TARGET CORP | A | Dividend | J | T | Buy | 6/8 | J | | Non-Private |
| 31. AMERICAN FUND | A | Dividend | L | T | Buy | 6/8 | L | | Non-Private |
| 32. HARBOR INTER | A | Dividend | L | T | Buy | 6/8 | L | | Non-Private |
| 33. T ROWE PRICE | A | Dividend | K | T | Buy | 6/8 | K | | Non-Private |
| 34. EL PASO TEX INDP | A | Interest | J | T | Buy | 6/8 | J | | Non-Private |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JORDON UTAH SCH DIS | A | Interest | J | T | Buy | 6/8 | J | | Non-Private |
| 36. KENTUCKY ST PPTY | A | Interest | J | T | Buy | 6/8 | J | | Non-Private |
| 37. PLANO TEX | A | Interest | L | T | Buy | 6/8 | L | | Non-Private |
| 38. SAN ANTONIO TEX ELE | A | Interest | K | T | Buy | 6/8 | K | | Non-Private |
| 39. SCOTTSDALE ARIZ | A | Interest | K | T | Buy | 6/8 | K | | Non-Private |
| 40. SHELBY CNTY TENN | A | Interest | K | T | Buy | 6/8 | K | | Non-Private |
| 41. UNIVERSITY TEX PERM | A | Interest | J | T | Buy | 6/8 | J | | Non-Private |
| 42. ZIMMER HOLDINGS INC. COM | A | Dividend | K | T | | | | | |
| 43. JCO IRA SCHWAB (LINES 44 THROUGH 61 ) | | None | | | None | | | | |
| 44. BLACKROCK TL RTN II INST | B | Dividend | | | Sold | 6/15 | L | B | Non-Private |
| 45. BRANDY WINE BLUE FUND | A | Dividend | | | Sold | 6/15 | L | A | Non-Private |
| 46. CALVERT INCOME FUND COM | A | Dividend | | | Sold | 6/15 | M | A | Non-Private |
| 47. EATON VANCE FLOATING RATE FUND | A | Dividend | | | Sold | 6/15 | L | A | Non-Private |
| 48. FIDELITY ADV DIV INTL 1 | A | Dividend | | | Sold | 6/15 | K | A | Non-Private |
| 49. FPA NEW INCOME INC | A | Dividend | | | Sold | 6/15 | M | A | Non-Private |
| 50. JOHN HANCOCK SMALL CAP | A | Dividend | | | Sold | 6/15 | L | A | Non-Private |
| 51. OPPENHEIMER CAPITAL APPRECIAATION CL A | A | Dividend | | | Sold | 6/15 | K | A | Non-Private |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   PIMCO LOW DURATION | A | Dividend | | | Sold | 6/15 | L | B | Non-Private |
| 53.   THIRD AVENUE VALUE FD | C | Dividend | | | Sold | 6/15 | L | A | Non-Private |
| 54.   SPDR GOLD TR | A | Dividend | J | T | Buy | 6/22 | J | | Non-Private |
| 55.   CALAMOS GROW | A | Dividend | K | T | Buy | 6/22 | K | | Non-Private |
| 56.   CMR SMALL CA | A | Dividend | J | T | Buy | 6/22 | J | | Non-Private |
| 57.   HUSSMAN STRA | A | Dividend | L | T | Buy | 6/22 | L | | Non-Private |
| 58.   PIMCO REAL R | A | Dividend | N | T | Buy | 6/22 | N | | Non-Private |
| 59.   PIMCO TOTAL | A | Dividend | N | T | Buy | 6/22 | N | | Non-Private |
| 60.   STRATTON SMA | A | Dividend | J | T | Buy | 6/22 | J | | Non-Private |
| 61.   VANGUARD INT | A | Dividend | M | T | Buy | 6/22 | M | | Non-Private |
| 62.   IRA - SCHWAB: (Lines 63 through 68) | | None | | | None | | | | |
| 63.   BLACKROCK FUNDAMENTAL | A | Dividend | | | Sold | 6/15 | J | A | Non-Private |
| 64.   FIRST UNION NAT'L BANK | A | Dividend | | | Sold | 6/15 | L | A | Non-Private |
| 65.   GENERAL ELE CAP CORP (Bought 12/06 & 12/10) | A | Dividend | | | Sold | 6/15 | M | A | Non-Private |
| 66.   MILBANK USA RASP | E | Dividend | | | Sold | 6/15 | O | A | Non-private |
| 67.   LOOMIS SAYLE | A | Dividend | L | T | | | | | |
| 68.   PIMCO DIVERS | A | Dividend | L | T | Buy | 6/22 | L | | Non-private |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  THIS LINE 69 IS LAST LINE | | None | | | None | | | | |

| 1  Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In early June of 2008, all of the cash and securities held by Merrill Lynch was transferred away from that firm. Most of the cash went into a debit (Premier) Chase account or into a Chase Savings Account. Additional cash and all of the securities were transferred to Schwab. The only exception is the small holding of Hillsdale County National Bank Stock which is reported in paragraph # 1.

After the transfer, Schwab sold certain assets and bought other assets. The non-IRA assets are reported commencing at paragraph 6. Schwab also held two rollover IRAs, the assets of one commencing at paragraph 44 and the other commencing at paragraph 63.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | - 06/25/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544